UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BOBBY DANGER,<br><br>　　　　　Defendant. | Case No. 6:24-MJ-00020-HBK<br><br>ORDER GRANTING MOTION TO VACATE BENCH TRIAL AND SET CHANGE OF PLEA AND SENTENCING<br><br>(Doc. No. 28) |

　　　　Pending before the Court is the parties' motion to vacate the August 25, 2025 bench trial and reset this matter for a plea and sentencing date filed August 18, 2025. (Doc. No. 28).

　　　　Accordingly, it is hereby ORDERED:

　　　　The Court GRANTS the motion (Doc. No. 28), vacates the bench trial set for August 25, 2025, and resets this case for a change of plea and sentencing hearing for August 25, 2025, at 10:00 A.M. before the undersigned in Yosemite.

Dated: 　August 18, 2025　　　　　　　　　　　　　/s/ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1