ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
MISDEMEANOR UNIT
BRIANA M. VOLLMER
Law Enforcement Specialist (Rule 180)
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No 6:24-mj-00020-HBK |
|---|---|
| Plaintiff, | |
| v. | MOTION TO REQUEST REFERRAL TO PROBATION |
| BOBBY DANGER, | |
| Defendant. | |

The United States of America, by and through Erice Grant, United States Attorney, and Joshua B. Banister, Assistant United States Attorney, hereby moves to request a referral to United States Probation in Case No. 6:24-mj-00020-HBK against Defendant BOBBY DANGER in the interests of justice.

On August 25, 2025, the Defendant was sentenced to 24 months of unsupervised probation. *See* Judgement.  Condition 2 of the Defendant's probation required him to "obey all federal, state and local laws." The Government alleges that the Defendant violated Condition 2 when he sent a threatening email to a government employee on January 12, 2026.  In the email, DANGER appeared to threaten to shoot an employee after being told that his request for personnel records could not be fulfilled.  Ex. A. Redacted Email from NARA.  The government was notified of this incident by a Special Agent with the

1

National Archives and Records Administration, to whom the threatening email was reported.  No charges have been filed as the investigation is ongoing. However, the government alleges this conduct is a violation of Title 18 United States Code 875(c) Interstate communications: whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another shall be fined under this title or imprisoned not more than five years, or both.

The United Sates therefore requests that the Court refer this matter to United States Probation for review.


DATED: January 27, 2026                              Respectfully submitted,

                                                     ERIC GRANT
                                                     United States Attorney

                                       By:   */s/ Briana M. Vollmer*
                                             BRIANA M. VOLLMER
                                             Law Enforcement Specialist (Rule 180)

U.S. v. DANGER
Case No. 6:24-MJ-00020-HBK

**O R D E R**

IT IS HEREBY ORDERED that a referral to United States Probation is made in Case No. 6:24-mj-00020-HBK against BOBBY DANGER.


Dated:    January 27, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

U.S. v. DANGER
Case No. 6:24-MJ-00020-HBK