# IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Bobby Danger<br>Defendant. | Case No. **6:24MJ00020-01**<br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** **Count One:** Interfering with agency functions, **Count Two:** Disorderly conduct

**Sentence Date:** **08/25/2025**

**Review Hearing Date:** **08/11/2026**

**Probation Expires On:** **08/25/2027**

***CONDITIONS OF UNSUPERVISED PROBATION:***

X **Obey all federal, state and local laws**; and

X **Monetary Fines & Penalties in Total Amount of:** $770 which Total Amount is made up of a Fine: $750 Special Assessment: $20 Processing Fee: $ Restitution: $

X Payment schedule of $ 770 paid in full by 11/25/2025

☐ **Community Service hours Imposed of:**

X **Other Conditions:** The defendant shall not enter Yosemite National Park during the period of his unsupervised probation of 24 months.
The defendant shall participate in a mental health assessment for potential anger management or mental health issues from a licensed clinician within 90 days of sentencing.

***COMPLIANCE:***

X Defendant has complied with and completed all conditions of probation described-above.

**Otherwise:**

X Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense):

X To date, Defendant has paid a total of $ **770.**
☐ If not paid in full when was last time payment: Date: Click here to enter a date.

***GOVERNMENT POSITION:***

☐ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for 08/11/2026 at 10:00 a.m.

☐ be continued to Click here to enter a date. at 10:00 a.m.; or

be vacated.

X that Defendant's appearance for the review hearing be waived.

DATED: 07/11/2026

Bobby [signature]
DEFENDANT

**ORDER**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

X DENIED.

DATED: August 2, 2026

Helena M. Barch-Kuchta [signature]
HELENA M. BARCH-KUCHTA
United States Magistrate Judge